2450. RICHARDSON *v.* THE STATE.

RUSSELL, J. 1. The defendant enters upon his trial with the presumption of innocence in his favor, which is equivalent to evidence authorizing his acquittal, but this presumption does not necessarily remain until the end of the investigation; it remains until it is rebutted by proof which is sufficient for that purpose. Consequently, it was not error for the court to charge the jury that "the defendant enters upon his trial presumed by law to be innocent, which presumption remains and continues with him throughout and until the end of the trial, unless at some time

during the progress of the trial such presumption of innocence is over-
come by proof."

2. The evidence authorized the instructions of the trial judge upon the
subject of voluntary manslaughter. Construing the evidence as a whole,
the evidence of mutual intent to fight was ample. The charge of the
court was a full and fair exposition of the law applicable to each of
the several grades of homicide involved, and a careful review of the
evidence demonstrates that the special exceptions offered no sufficient
reason for granting a new trial.                    *Judgment affirmed.*

DECIDED JULY 5, 1910.

Conviction of manslaughter; from Early superior court—Judge
Worrill. January 21, 1910.

*Glessner & Park,* for plaintiff in error.

*J. A. Laing, solicitor-general, R. R. Arnold,* contra.